RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2023 MAR 15 PM 6:12

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARLOS BETANCOURT OPIO,<br><br>Defendant. | **INDICTMENT**<br><br>Criminal No. 23- 089 (MAJ)<br><br>Violations:<br>18 U.S.C. § 922(o)<br><br>Forfeiture Allegation<br><br>**ONE COUNT** |

**THE GRAND JURY CHARGES:**

### COUNT ONE
### Possession of a Machinegun
### 18 U.S.C. § 922(o)

On or about March 3, 2023, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

**CARLOS BETANCOURT OPIO,**

did knowingly possess a machinegun, that is, one black Polymer 80 pistol, 9mm caliber, bearing serial number BFPB173 that had been modified so that it was capable of firing more than one shot, without manual reloading, by a single function of the trigger. All in violation of 18 U.S.C. §§ 922(o) and 924(a)(2).

### FIREARMS FORFEITURE ALLEGATION

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction of the offenses in violation of 18 U.S.C. § 922(o) as set forth in Count One of this Indictment, the defendant,

CARLOS BETANCOURT OPIO,

shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearm and ammunition involved in the commission of the offense, including, but not limited to: one black Polymer 80 pistol, 9mm caliber, bearing serial number BFPB173.

All in accordance with 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

TRUE BILL

FOREPERSON
Date: 3/15/23

W. STEPHEN MULDROW
United States Attorney

_____
Jonathan Gottfried
Assistant United States Attorney
Chief, Violent Crimes Division

_____
Linet Suárez
Assistant United States Attorney
Violent Crimes Division